**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| DIANA GUAJARDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-cv-00203 |
| | § | |
| LINCOLN NATIONAL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant Lincoln National Corporation ("Lincoln") hereby removes the Petition filed by Plaintiff Diana Guajardo ("Plaintiff") in the 139th District Court of Hidalgo County, Texas as follows:

## FACTUAL BACKGROUND

On April 22, 2024, Plaintiff filed a petition in an action entitled *Diana Guajardo v. Lincoln National Corporation d/b/a Lincoln Financial Group*, in the 139th District Court of Hidalgo County, Texas; Case No. C-1868-24-C (the "State Action"). Copies of Plaintiff's Original Petition, any other pleadings or orders on file in this action, and all documents required by Local Rule 81 are attached hereto. Lincoln was served with process in the State Action through CSC Corporation Service Company on April 27, 2024, and this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b). Plaintiff requested a jury in the state court action. Defendant denies that trial by jury is available under ERISA. Defendant has not served any answer or responsive pleading to the Petition, nor made any appearance or argument before the State Court.

## GROUNDS FOR REMOVAL

This action is removed to this Court pursuant to 28 U.S.C. § 1331, as this action involves claims that relate to the laws of the United States, specifically, the Employee Retirement Income Security Act of 1974 (“ERISA”), 29 U.S.C. §§ 1001, et seq. By the State Action, Plaintiff seeks relief under the Employee Retirement Income Security Act (“ERISA”), specifically §502(a)(1)(B).[1] Plaintiff asserts in the Petition that the benefit plan from which Plaintiff seeks recovery is governed by ERISA.[2] Because the benefits sought by Plaintiff in the State Action are sought from an ERISA plan, the action for benefits from the benefit plan is governed by ERISA. Accordingly, the Court’s analysis of Plaintiff’s causes of action will necessarily require interpretation of this ERISA plan.

Because the preemptive force of ERISA is so powerful that it completely displaces any state law cause of action, Plaintiff’s causes of action will be “recharacterized” as a federal claim under ERISA. Moreover, Plaintiff asserts that “all state laws that relate to any employee benefit plan are preempted,[3] and indeed, Plaintiff’s causes of action in the State Action are completely preempted by 29 U.S.C. § 1132(a)(1)(B). *Metropolitan Life Ins. Co. v. Massachusetts*, 471 U.S. 724 (1985); *Pilot Life Ins. Co. v. Dedeoux*, 481 U.S. 41 (1987); *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987). Accordingly, removal to this Court is proper pursuant to 28 U.S.C. § 1441(a) as it is under the original jurisdiction of the Court pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

As an alternative grounds for removal, Lincoln asserts that there is complete diversity of citizenship and the amount in controversy is more than $75,000, rendering this action under the original jurisdiction of the Court pursuant to 28 U.S.C. § 1332. Specifically, Lincoln is incorporated in Indiana with its principal place of business in Radnor, Pennsylvania.

[1] Petition at § IV.at 5.13.
[2] Petition at § IV at 5.8.
[3] Petition at § IV.at 5.8.

Additionally, the issuer of the group disability policy that is at issue in the State Action and from which Plaintiff seeks benefits is The Lincoln National Life Insurance Company, which is incorporated in Indiana and has its principal place of business in Radnor, Pennsylvania. Plaintiff, as alleged in the Petition, is a resident of Hidalgo County, Texas[4] and is asserting claims in excess of $75,000[5] by her Petition.

Concurrent with the filing of this Notice of Removal, Defendant has filed a Notice of Filing of Notice of Removal with the Court in the State Action.

The following is a list of counsel of record:

Timothy A. Davis
State Bar of Texas No. 00790570
DAVIS LAW, P.C.
1320 N. 10th Street, Suite 140
McAllen, Texas 78501
PH: (956) 540-7807
Email: timm@tdavislawpc.com

Counsel for Plaintiff

Iwana Rademaekers
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Counsel for Defendant

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

4 Petition at § II at 2.1.
5 Petition at § I at 1.1.

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and that a true and correct copy of the foregoing document has been served electronically upon the following:

Timothy A. Davis
Email: timm@tdavislawpc.com

| | |
|---|---|
| May 20, 2024 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| DIANA GUAJARDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-cv-00203 |
| | § | |
| LINCOLN NATIONAL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S INDEX OF DOCUMENTS FOR REMOVAL**

The following documents, attached as Exhibit A, have been served or filed in the state court action:

| | |
|---|---|
| Exhibit 1 | State Court Register of Actions |
| Exhibit 2 | Plaintiff's Original Petition and Citation |
| Exhibit 3 | Return of Service |