Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search Back Location : All Courts Images

# Register of Actions

## Case No. C-1868-24-C

| | | | |
|---|---|---|---|
| DIANA GUAJARDO VS. LINCOLN NATIONAL CORPORATION D/B/A LINCOLN FINANCIAL GROUP | § § § § § | Case Type: | **All Other Civil Cases (OCA)** |
| | | Date Filed: | **04/22/2024** |
| | | Location: | **139th District Court** |

### Party Information

| | | Attorneys |
|---|---|---|
| **Defendant** | **Lincoln National Corporation** | |
| **Plaintiff** | **Guajardo, Diana** | **TIMOTHY AUDREY DAVIS**<br>*Retained*<br>956-540-7807(W) |

### Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 04/22/2024 | **Original Petition (OCA)** | | |
| 04/23/2024 | **Citation By Certified Mail** | | |
| | Lincoln National Corporation | Served | 04/27/2024 |
| | | Returned | 04/29/2024 |
| 04/23/2024 | **Citation Issued** | | |

### Financial Information

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Guajardo, Diana | | | |
| | Total Financial Assessment | | | 473.00 |
| | Total Payments and Credits | | | 473.00 |
| | **Balance Due as of 05/09/2024** | | | **0.00** |
| 04/22/2024 | Transaction Assessment | | | 473.00 |
| 04/22/2024 | EFile Payments from TexFile | Receipt # DC-2024-006834 | Gujardo, Diana | (336.00) |
| 04/22/2024 | State Credit | | | (137.00) |

EXHIBIT

A-1