FILED
AT 8:30 O'CLOCK A M

APR 29 2024

LAURA HINOJOSA, CLERK
District Courts, Hidalgo County
By ________ Deputy#46

CERTIFICATE OF RETURN
TRCP 107

This is to certify that on this the 23rd day of April, 2024, I VALERIE GARZA, Deputy Clerk of the 139th District Court of Hidalgo County, Texas mailed to **Lincoln National Corporation**, in Cause No. **C-1868-24-C**, **DIANA GUAJARDO VS. LINCOLN NATIONAL CORPORATION D/B/A LINCOLN FINANCIAL GROUP**, a copy of the citation along with a copy of the petition, by certified mail, return receipt requested. Return receipt was received **on this the 29th day of April, 2024, CLAIMED.** See attached return.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT,** at office in Edinburg, Texas on this the 29th day of April, 2024

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

______________________________
**VALERIE GARZA**

EXHIBIT

**A-3**

UNITED STATES POSTAL SERVICE

FILED
AT 8:30 O'CLOCK A M
APR 29 2024
LAURA HINOJOSA, CLERK
District Courts, Hidalgo County
By ______ Deputy#46

April 27, 2024

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 0661 5400 0195 2824 09**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 27, 2024, 12:14 pm |
| **Location:** | AUSTIN, TX 78701 |
| **Postal Product:** | USPS Ground Advantage™ |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | REGISTERED AGENT CORPORATION SERVICE COMPANY |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | Signature X - 2D<br>Printed Name - JOHN DISHER VIVA TEJAS (RLY) |
| Address of Recipient: | Delivery Address - 211 E 7th ST |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 92148901066154000195282409
C-1868-24-C
REGISTERED AGENT: CORPORATION SERVICE COMPANY
LINCOLN NATIONAL CORPORATION D/B/A LINCOLN FINANCIAL
211 EAST 7TH STREET, SUITE 620
AUSTIN, TX 78701-3218