**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| DIANA GUAJARDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-cv-00203 |
| | § | |
| LINCOLN NATIONAL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION TO SUBSTITUTE PARTY**

Plaintiff Diana Guajardo and Defendant Lincoln National Corporation file this Joint Stipulation to Substitute Party and state as follows:

Plaintiff filed a petition in an action entitled *Diana Guajardo v. Lincoln National Corporation d/b/a Lincoln Financial Group*, in the 139th District Court of Hidalgo County, Texas; Case No. C-1868-24-C (the "State Action"), which was subsequently removed by Defendant to this Court. However, the issuer of the group disability policy that is at issue in the State Action and from which Plaintiff seeks benefits is The Lincoln National Life Insurance Company, not Lincoln National Corporation.

Accordingly, it is hereby stipulated by and between Plaintiff and Defendant that the correct name of the Defendant in this action is The Lincoln National Life Insurance Company and the Parties request the Court to substitute the defendant party name to reflect that The Lincoln National Life Insurance Company is the Defendant in this action.

Dated: May 24, 20204.

Respectfully submitted,

By: /s/ Timm Davis (w/permission)
Timm Davis
State Bar of Texas No. 0070570
S.D. of Texas No. 37089
Davis Law, P.C.
1320 N. 10th Street, Suite 140
McAllen, Texas 78501
PH: (956) 540-7807
FX: (956) 664-2500
Email: timm@tdavislawpc.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Timothy A. Davis
Email: timm@tdavislawpc.com

May 24, 2023 /s/ Iwana Rademaekers
Date Iwana Rademaekers