**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| DIANA GUAJARDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-cv-00203 |
| | § | |
| THE LINCOLN NATIONAL LIFE, INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S ORIGINAL PETITION**

On this day, the Court considered the Motion to Partially Dismiss Plaintiff's Petition filed by Defendant The Lincoln National Life Insurance Company pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, and after review of Plaintiff's Petition, Plaintiff's Response to Defendant's Motion, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Defendant's Motion to Partially Dismiss is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Plaintiff's claim against Defendant shall proceed as a claim pursuant to 29 U.S.C. § 1132(a)(1)(B), Plaintiff's jury demand is struck, and Plaintiff's state law breach of contract cause of action, along with any other claims for statutory, penalty, compensatory, or exemplary damages are **DISMISSED WITH PREJUDICE**.

**SIGNED** this ______ day of ____________________, 2024.

______________________________
UNITED STATES DISTRICT JUDGE