**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| DIANA GUAJARDO,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE, INSURANCE COMPANY<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:24-cv-00203 |

**DEFENDANT'S UNOPPOSED MOTION TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE**

Defendant The Lincoln National Life Insurance Company ("Lincoln") files this Unopposed Motion to Appear at Scheduling Conference Via Telephone, and states as follows:

1. The Initial Pretrial and Scheduling Conference is set in this matter for July 3, 2024 at 2:30 pm before The Honorable Ricardo H. Hinojosa.

2. Defendant's counsel requests that the Court allow her to appear at the Scheduling Conference via telephone or video conference. Both Plaintiff's counsel and Defendant's counsel fully agree on the provisions of the Joint Report (Document 8) that was filed on June 19, 2023. and there are no issues in dispute to address at the Scheduling Conference. Additionally, given the date and time on which the Scheduling Conference has been set (the afternoon before a significant holiday), travel to attend the conference will likely be problematic. Plaintiff's counsel has no objection to Defendant's counsel appearing via telephone or video conference for the Scheduling Conference.

WHEREFORE, Lincoln requests that its Counsel be allowed to appear at the July 3, 2024, Scheduling Conference via telephone or video conference.

Dated this 25th day of June 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF CONFERENCE**

I certify that on June 20, 2024, the undersigned conferred with Plaintiff's counsel, Timothy Davis, regarding the relief requested by Defendant in this Motion. Plaintiff's counsel has indicated that Plaintiff is unopposed.

/s/ Iwana Rademaekers
Iwana Rademaekers

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Timm Davis
Email: timm@tdavislawpc.com

June 25, 2024 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers