**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| DIANA GUAJARDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-cv-00203 |
| | § | |
| THE LINCOLN NATIONAL LIFE, INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE**

On this day, the Court considered the Unopposed Motion to Appear at Scheduling Conference Via Telephone filed by Defendant The Lincoln National Life Insurance Company. Having considered the Motion, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Defendant's Unopposed Motion to Appear at Scheduling Conference Via Telephone is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Counsel for Defendant shall appear via telephone for the Scheduling conference set for Wednesday, July 3, 2024, at 2:30 pm.

**SIGNED** this ______ day of ___________________, 2024.

______________________________
UNITED STATES DISTRICT COURT JUDGE