**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| DIANA GUAJARDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-cv-00203 |
| | § | |
| THE LINCOLN NATIONAL LIFE, INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Diana Guajardo and Defendant The Lincoln National Life Insurance Company ("Lincoln") file this Joint Motion to Modify Scheduling Order and show the Court as follows:

1. On July 8, 2024, the Court entered a Rule 16 Scheduling (Doc. 11), setting certain deadlines, and the following deadlines remain:

| | |
|---|---|
| **October 1, 2024** | **ALL DISCOVERY** must be completed by this date. No motion for extension of time will be granted unless there is a good showing of express need and that good cause exists. |
| **October 11, 2024** | **MOTION DEADLINE** All other motions, including joinder of parties, must be filed by this date. |
| **October 11, 2024** | **JOINDER OF ALL** PARTIES will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties. |
| **October 30, 2024** | **JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas. |
| **November 6, 2024** | **A PRETRIAL CONFERENCE** is set on this date at 2:30 p.m. in the 11th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas. |

2. This case arises under arises under the Employee Retirement Income Security Act of 1974, as amended, ("ERISA"). Defendant contends that Plaintiff has not yet exhausted all administrative remedies as to long-term disability (LTD) benefits. To resolve this issue and to conserve the Court's efforts in its consideration of the matter, the Parties have agreed for Plaintiff to submit an appeal of the denied claim for LTD benefits for Lincoln's consideration. Accordingly, the Parties request the Court extend all Scheduling Order deadlines by ninety (90) days in order to allow time for the LTD appeal to be fully processed so that Plaintiff may fully exhaust all administrative remedies.

3. Further, in the event that Lincoln's decision on Plaintiff's LTD claim, or any appeals thereof, does not lead to approval of LTD benefits that is the subject of this litigation, the Parties anticipate that this ERISA action will be determined on the Administrative Record and dispositive motions. Accordingly, the Parties request that the Court set the trial deadlines that will allow the Court sufficient time to rule on the Parties dispositive motions, as it is unlikely a trial will be necessary.

4. This Joint Motion is not filed for purpose of delay, but only so that justice may be done.

5. WHEREFORE, the Parties request that the Court enter an order extending the deadlines as follows:

| | |
|---|---|
| **December 30, 2024** | **ALL DISCOVERY** must be completed by this date. No motion for extension of time will be granted unless there is a good showing of express need and that good cause exists. |
| **January 9, 2025** | **MOTION DEADLINE** All other motions, including joinder of parties, must be filed by this date. |
| **January 9, 2025** | **JOINDER OF ALL** PARTIES will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties. |

| | |
|---|---|
| ________________ | **JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas. |
| ________________ | **A PRETRIAL CONFERENCE** is set on this date at 2:30 p.m. in the 11th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas. |

Dated this 19th day of September 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

**- AND -**

By: /s/ Timm Davis (w/permission)
Timothy A. Davis
State Bar of Texas No. 0070570
S.D. of Texas No. 37089
Davis Law, P.C.
1320 N. 10th Street, Suite 140
McAllen, Texas 78501
PH: (956) 540-7807
FX: (956) 664-2500
Email: timm@tdavislawpc.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

Timm Davis
Email: timm@tdavislawpc.com

| | |
|---|---|
| September 19, 2024 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |