**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| DIANA GUAJARDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-cv-00203 |
| | § | |
| THE LINCOLN NATIONAL LIFE, INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**

On this day, came on to be considered the Parties Joint Motion to Modify Scheduling Order. Upon reviewing the Motion, the Court finds that the Motion should be granted and this Order entered. It is therefore,

**ORDERED** that the Parties Joint Motion to Modify Scheduling Order is hereby **GRANTED**. It is, therefore, also

**ORDERED** that the deadlines in the above-styled action are extended as follows:

| | |
|---|---|
| **December 30, 2024** | **ALL DISCOVERY** must be completed by this date. No motion for extension of time will be granted unless there is a good showing of express need and that good cause exists. |
| **January 9, 2025** | **MOTION DEADLINE** All other motions, including joinder of parties, must be filed by this date. |
| **January 9, 2025** | **JOINDER OF ALL** PARTIES will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties. |
| ________________ | **JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas. |

____________________ **A PRETRIAL CONFERENCE** is set on this date at 2:30 p.m. in the 11th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

**SIGNED** this ______ day of ____________________, 2024.

________________________________________
UNITED STATES DISTRICT JUDGE