United States District Court
Southern District of Texas
**ENTERED**
September 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DIANA GUAJARDO | ) | |
| | ) | CIVIL ACTION NUMBER |
| VS. | ) | |
| | ) | M-24-203 |
| LINCOLN NATIONAL CORPORATION | ) | |
| D/B/A LINCOLN FINANCIAL GROUP | ) | |

ORDER EXTENDING TIME
FOR COMPLETION OF DISCOVERY

Parties' Joint Motion to Extend Scheduling Oder Deadlines which the Court will consider as a motion to extend the discovery deadlines, having been presented to the Court, the Court is of the opinion that said motion should be granted to the extent stated below.

It is, therefore, ORDERED, ADJUDGED and DECREED that the time for completion of discovery in this case is extended until December 30, 2024.

The pretrial conference previously scheduled for November 6, 2024, is reset to April 9, 2025, at 2:30 p.m., before this Court in the Eleventh Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas. Counsel shall submit a proposed Joint Pretrial Order following the format prescribed by the Local Rules of the United States District Court for the Southern District of Texas, on or before April 2, 2025.

The deadline for filing of motions is extended to January 9, 2025.

Except for the above, Rule 16 F.R.C.P. Scheduling Order in this case dated July 8, 2024, remains fully in effect.

The Clerk shall send a copy of this order to counsel for the parties.

DONE on this 25th day of September, 2024, at McAllen, Texas.

Ricardo H. Hinojosa

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE