**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| DIANA GUAJARDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:24-cv-00203 |
| | § | |
| THE LINCOLN NATIONAL LIFE, INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Diana Guardo and Defendant Lincoln Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 26th day of November 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**- AND -**

By: /s/ Timm Davis (w/permission)

Timothy A. Davis
State Bar of Texas No. 0070570
S.D. of Texas No. 37089
Davis Law, P.C.
1320 N. 10th Street, Suite 140
McAllen, Texas 78501
PH: (956) 540-7807
FX: (956) 664-2500
Email: timm@tdavislawpc.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I further certify that a copy of the foregoing pleading was served via electronic mail on the following counsel of record:

Timm Davis
Email: timm@tdavislawpc.com

November 26, 2024
Date

/s/ Iwana Rademaekers
Iwana Rademaekers